1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                    CENTRAL DISTRICT OF CALIFORNIA

9
    WALTER H. SMITH,                        Case No.: 2:22-cv-03734-FLA(AGRx)
10
                                            **JUDGMENT**
11              Plaintiff,

12         v.

13   FCA US LLC and PAC AUTO GROUP,
     INC.,
14

15              Defendants.

16
    PAC AUTO GROUP, INC.,
17

18              Cross-Complainant,

19         v.

20   FCA US LLC,

21
                Cross-Defendant.
22

23

24

25

26

27

28

1

1    For the reasons stated in the court's August 12, 2024 Order (Dkt. 80), the court

2    ENTERS judgment in favor of Defendant PAC Auto Group., Inc ("Defendant") and

3    against Plaintiff Walter H. Smith ("Plaintiff") as follows:

4        1.    The final arbitration award issued on October 19, 2023, by Arbitrator

5    Donald B. Cripe in the American Arbitration Association case styled as *Walter H. Smith*

6    *v. PAC Auto Group, Inc.*, Case No. 01-22-0003-4509 ("Final Arbitration Award") (Dkt.

7    64-3, Ex. 3), is CONFIRMED in its entirety.

8        2.    The court AWARDS Defendant $2,431.35 in costs, as set forth in the Final

9    Arbitration Award.

10

11        IT IS SO ORDERED.

12

13   Dated: August 28, 2024

14                                    FERNANDO L. AENLLE-ROCHA
                                      United States District Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28